479 A.2d 1113

Kriner v. Frankford Hospital et al.

Argued November 15, 1982. Thomas DeLevie, for appellant; Edward Greenberg, for appellees.

Before BROSKY, McEWEN and WATKINS, JJ.

Order affirmed.

479 A.2d 1113

Lacagnina v. Old Phila. Motor Co., Appellant.

Submitted March 27, 1984. Harry L. Green, Jr., for appellant; Paul A. Logan, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Order affirmed.